EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| | 2011 TSPR 149 |
| | 182 DPR ___ |
| Carlos H. Ortiz Rivera | |

Número del Caso: TS-3728

Fecha: 23 de septiembre de 2011

Abogado del Querellado:

      Por derecho propio

Materia: Conducta Profesional – La suspensión de la notaría será efectiva el 5 de octubre de 2011 fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

In re:

Carlos H. Ortiz Rivera                    TS-3728

PER CURIAM

San Juan, Puerto Rico, a 23 de septiembre de 2011.

El Lcdo. Carlos H. Ortiz Rivera fue admitido al ejercicio de la abogacía el 9 de diciembre de 1970, y juramentó como notario el 1 de febrero de 1973.

I

El 27 de mayo de 2011 compareció ante nos el Colegio de Abogados de Puerto Rico, y nos expresó que el abogado de epígrafe tiene al descubierto el pago de la prima de su fianza notarial, la cual venció en el mes de mayo de 2010.

Así las cosas, el 6 de junio de 2011 emitimos una Resolución mediante la cual se le concedió un término de veinte días al licenciado Ortiz

Rivera para mostrar causa por la cual no debía ser suspendido del ejercicio de la notaría. Asimismo, se le apercibió al licenciado Ortiz Rivera que el incumplimiento con los términos de dicha Resolución conllevaría la suspensión del ejercicio de la notaría y podría conllevar sanciones disciplinarias adicionales.

No obstante, el licenciado Ortiz Rivera incumplió con nuestros requerimientos.

II

El Art. 7 de la Ley Notarial de 1987, Ley Núm. 75 de 2 de julio de 1987, 4 L.P.R.A. sec. 2011, impone como uno de los requisitos para ejercer la notaría en Puerto Rico la prestación y vigencia de una fianza por una suma no menor de quince mil dólares ($15,000) para responder por el buen desempeño de las funciones del notario.

Reiteradamente hemos expresado que un notario que no cuenta con la protección que ofrece la fianza constituye un peligro, no sólo para el tráfico jurídico, sino para las personas que a diario utilizan sus servicios. In re: Asencio Márquez, 176 D.P.R. 598 (2009); In re: Velázquez Beveraggi, 166 D.P.R. 624 (2005). Por ello, no hacer gestiones para renovar el pago de la prima de la fianza notarial constituye una falta de respeto a este Tribunal. Íd.; In re: Ribas Dominicci I, 131 D.P.R. 491 (1992).

De igual forma, hemos expresado que todo abogado tiene el deber y la obligación de responder diligentemente a los requerimientos y las órdenes de este Tribunal, principalmente cuando se trata de un procedimiento

disciplinario en su contra. <u>In re: Janet Rivera Rosado</u>, res. el 25 de enero de 2011, 2011 T.S.P.R 18; <u>In re: Cubero Feliciano I</u>, 175 D.P.R. 794 (2009).

## III

Por los fundamentos que anteceden, se suspende inmediata e indefinidamente al Lcdo. Carlos H. Ortiz Rivera del ejercicio de la notaría. Asimismo, se le apercibe al abogado de epígrafe que en el futuro deberá cumplir cabalmente con el ordenamiento que rige el desempeño de la profesión jurídica y, en específico, con nuestros requerimientos y órdenes. Finalmente, el Alguacil de este Tribunal deberá incautar la obra y el sello notarial del Lcdo. Carlos H. Ortiz Rivera y entregarlos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos H. Ortiz Rivera                TS-3728

SENTENCIA

San Juan, Puerto Rico, a 23 de septiembre de 2011.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte íntegra de la presente Sentencia, se suspende inmediata e indefinidamente al Lcdo. Carlos H. Ortiz Rivera del ejercicio de la notaría. Asimismo, se le apercibe al abogado de epígrafe que en el futuro deberá cumplir cabalmente con el ordenamiento que rige el desempeño de la profesión jurídica y, en específico, con nuestros requerimientos y órdenes. Finalmente, el Alguacil de este Tribunal deberá incautar la obra y el sello notarial del Lcdo. Carlos H. Ortiz Rivera y entregarlos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Así lo pronunció, manda el tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y la Jueza Asociada señora Pabón Charneco no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo